# United States Court of Appeals
## For the First Circuit

No. 19-2134

TREVOR A. WATSON,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 15, 2022, is amended as follows:

On page 3, line 6, replace "Drug and Enforcement Administration" with "Drug Enforcement Administration"

On page 3, line 21, delete the first comma

On page 4, line 19, delete the comma

On page 6, line 13, replace "previous" with "previously"

On page 12, line 2, replace "disposed by" with "disposed of by"

On page 12, line 12, replace "found out of this" with "found this out"

On page 12, n.3, last line, insert a period after the close paren